IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01165-MSK-CBS

ABIY CHERNET TEKLEMARIAM,

      Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States,
ROBERT MUELLER III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
MARY MISCHKE, Acting Denver District Director, Denver District Office of the
United States Citizenship and Immigration Services,

      Respondents.

---

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

---

The following matter is set for hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **Friday, August 31, 2007 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The matter is set for a non-evidentiary hearing of not more than 15 minutes to address scheduling. Counsel shall *bring their calendars.*

Dated this 27th day of June, 2007

                                             **BY THE COURT:**

                                             *Marcia S. Krieger*

                                             Marcia S. Krieger
                                             United States District Judge