IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01165-MSK-CBS

ABIY CHERNET TEKLEMARIAM,

       Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States,
ROBERT MUELLER III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
MARY MISCHKE, Acting Denver District Director, Denver District Office of the
United States Citizenship and Immigration Services,

       Respondents.

## ORDER RESETTING LAW AND MOTION HEARING

**IT IS ORDERED** that the law and motion hearing set for **August 31, 2007 at 4:30 p.m.** is **VACATED** and **RESET** to **September 18, 2007** at **4:30 p.m.**

Dated this 1st day of August, 2007

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge