IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01165-MSK-CBS

ABIY CHERNET TEKLEMARIAM,

        Petitioner,

v.

ALBERTO GONZALES, Attorney General of the United States,
ROBERT MUELLER III, Director of the Federal Bureau of Investigation,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, United States Citizenship and Immigration Services, and
MARY MISCHKE, Acting Denver District Director, Denver District Office of the
United States Citizenship and Immigration Services,

        Respondents.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the "Unopposed Motion to Dismiss Complaint With Prejudice" **(#5)** filed August 7, 2007.  Having reviewed the motion, the Court

**ORDERS** that all claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action.  The Clerk shall close this case.

Dated this 8th day of August, 2007

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge